199 So. 879

**Ex parte H. S. WHISLER (In re Whisler v. Whitehead).**

**6 Div. 804.**

Supreme Court of Alabama.

Jan. 16, 1941.

Jim Gibson and Wallace Gibson, both of Birmingham, for petitioner.

Pritchett & Giles, of Birmingham, opposed.

LIVINGSTON, Justice.

Petition of H. S. Whisler for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Ex parte Whitehead (re Whisler v. Whitehead) 29 Ala. App. 583, 199 So. 876.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.